IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JENNIFER LAVERTY,**<br>            **Plaintiff,** | **CIVIL ACTION** |
| v. | |
| **DREXEL UNIVERSITY,**<br>            **Defendant.** | **NO.  14-5511** |

## O R D E R

**AND NOW**, this 21st day of January, 2016, upon consideration of Defendant Drexel University's Motion for Summary Judgment (ECF No. 16); Plaintiff Jennifer Laverty's Response in Opposition thereto (ECF No. 20); and Defendant's Reply in Support thereof (ECF No. 21), and for the reasons provided in the Court's Opinion of January 21, 2016 (ECF No. 22), **IT IS ORDERED** that the motion for summary judgment is **GRANTED** and **JUDGMENT IS ENTERED IN FAVOR** of Defendant Drexel University, and **AGAINST** Plaintiff Jennifer Laverty.

The Clerk of the Court is directed to close this case.

BY THE COURT:

/S/WENDY BEETLESTONE, J.

_____

**WENDY BEETLESTONE, J.**